# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| BRIAN RIDLEY, | * |
| Plaintiff, | * |
| v. | * No. 4:17CV00365-SWW-JJV |
| DOC HOLIDAY, Sheriff, Pulaski County; *et al.*, | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff will proceed on his excessive force claim against Defendant Cass.

2. All other claims and Defendants Holiday, Harris, and Doe are DISMISSED from this action without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the Recommendations would not be taken in good faith.

IT IS SO ORDERED this 29th day of June, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE